**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WALTER SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cv-50100 |
| | ) | |
| CITIBANK, N.A., | ) | Hon. Judge Iain D. Johnston |
| | ) | |
| Defendant. | ) | |

## DEFENDANT CITIBANK'S MOTION TO COMPEL ARBITRATION AND STAY ACTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et. Seq. ("FAA"), FRCP 12(b)(1), and FRCP 81(a)(6)(B), defendant Citibank, N.A. ("Citibank"), hereby files its Motion to Compel Arbitration and Stay Action requesting entry of an order compelling Plaintiff, Walter Simmons, to arbitrate his claims against Citibank pursuant to the terms of the arbitration agreement ("Arbitration Agreement") governing the credit card account that underlies Plaintiff's claims in this case. Citibank further seeks to stay this case during the pendency of any arbitration. Citibank files contemporaneously herewith its Memorandum in Support of this Motion and accompanying exhibits.

Respectfully submitted,

CITIBANK, N.A.

By /s/ Emily L. Peel
Todd Rowden, IL – 6201929
Emily Peel, IL – 6290433
David M. Mangian -- 6301867
55 East Monroe Street, 37th Floor
Chicago, IL 60603
312-346-7500
FAX 312-580-2201
trowden@thompsoncoburn.com
epeel@thompsoncoburn.com
dmangian@thompsoncoburn.com
*Attorneys for Defendant Citibank, N.A.*